```
IN RE:                                              CASE NO. 09-55536-S

WALTER E. FARRELL                                   CHAPTER 7
RACHEL A. FARRELL
          Debtors                                   REPORT OF DIVIDEND
                                                    UNDER FIVE DOLLARS
```

Harold A. Corzin, Trustee herein, reports that check #116 in the amount of $1.39 was issued on May 23, 2011 to the Clerk of Courts in payment of a dividend under $5.00 for the following unsecured creditor:

                                                    Amt. of Dividend

Claim #10       Dental Works                         $    1.39
                378 E Waterloo Rd
                Akron, Ohio  44319


TOTAL:                                               $    1.39

*Ck # 116*
*receipt # 82394*

_____
HAROLD A. CORZIN, TRUSTEE
304 N. Cleveland-Massillon Rd.
Akron, Ohio 44333
(330) 670-0770


May 23, 2011